# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**SEAN ALEXANDER DONNELLY**

## CRIMINAL COMPLAINT

CASE NUMBER: 1:16-mj-0042

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about July 2015, in Boone County, in the Southern District of Indiana defendants did,

Count 1 - Sexual Exploitation of a Child, 18 U.S.C. § 2251(a);
Counts 2 & 3 - Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b);
Count 4 - Transportation of Child Pornography, 18 U.S.C. § 2252(a)(1); and
Count 5 - Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent Ryan Barrett, FBI

**Sworn to before me, and subscribed in my presence**

January 22, 2016                                       at   Indianapolis, Indiana
**Date**

Debra McVicker Lynch, U.S. Magistrate Judge          _____
**Name and Title of Judicial Officer**                **Signature of Judicial Officer**

## AFFIDAVIT

I, Ryan Barrett, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI for 6 years. I am currently assigned to the Indianapolis Violent Crimes Against Children (VCAC) Task Force. While employed by the FBI, I have investigated federal criminal violations, including crimes against children, parental kidnappings, non-familial child abductions, high technology or Cybercrime, child exploitation, and child pornography. I have participated in the investigation and prosecution of multiple cases involving child exploitation or abuse.

2. I have attended multiple Crimes Against Children conferences over the past several years. I am a member of the Indiana Internet Crimes Against Children (ICAC) Task Force, which includes numerous federal, state and local law enforcement agencies.

3. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4. The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation.

5. Based upon the foregoing, the affiant requests this Court to issue an Arrest Warrant and Criminal Complaint charging Sean Alexander Donnelly the following criminal offenses:

    a. one (1) count of Sexual Exploitation of a Child, 18 U.S.C. § 2251(a);

    b. two (2) counts of Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b);

    c. one (1) count of Transportation of Child Pornography, 18 U.S.C. § 2252(a)(1); and

    d. one (1) count of Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B).

6. **Sexual Exploitation of a Child:** 18 U.S.C. § 2251(a), in pertinent part, makes it a federal crime for any person to knowingly employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce using materials that had been mailed, shipped, and transported in interstate and foreign commerce, or attempt to do so, if the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

7. **Travel with Intent to Engage in Illicit Sexual Conduct:** 18 U.S.C. § 2423(b), in pertinent part, prohibits a person from traveling in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person.

8. **Transportation of Child Pornography:** 18 U.S.C. § 2252, in pertinent part, makes it a federal crime to knowingly transport visual depictions using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such depictions were of such conduct.

9. **Possession of Child Pornography:** 18 U.S.C. § 2252(a)(4)(B), in pertinent part, makes it a federal crime to knowingly possess 1 or more films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

## **BACKGROUND INVESTIGATION**

10.  On July 10, 2015 at approximately 6:40am[1], Zionsville Police Officer Harper noticed a grey Ford Escape parked in Turkeyfoot Park, Zionsville, which is located within the Southern District of Indiana. The vehicle was suspiciously rocking back and forth. Upon approach, Harper noticed someone crawling inside from the back seat to the front. Officer Harper looked through the raised, front-passenger-side-window and saw a clothed female in the front seat. There was a male in the back seat wearing a shirt and underwear (no pants). The male identified himself as **Sean Alexander Donnelly** (hereinafter referred to as "Donnelly") and stated that he was 22 years-old. Donnelly provided a Pennsylvania address and a driver's license that listed his date of birth as May 18, 1993.

11.  The female identified herself (hereinafter referred to as "Minor A"), and stated that she was fourteen-years-old. Minor A provided her birthdate, January **, 2001, and stated that she is a resident of Indiana. Minor A provided contact information for her mother. After several calls, Minor A's mother was reached. Minor A's mother stated she was aware that Minor A knew Donnelly, but believed that he lived in Pennsylvania. Minor A's mother was unaware that Donnelly was currently at a park with her daughter in Indiana.

12.  Minor A and Donnelly stated they met approximately five months prior and were online gaming friends.

---

[1] All times referenced is Eastern Standard Time unless otherwise noted.

13. Just outside the vehicle, officers noticed two used condoms that were collected as potential evidence. In plain view inside the car, officers saw a pink artificial penis and matching penile ring, an empty condom wrapper, and a box of condoms. These items were photographed and seized as evidence.

14. Zionsville Police transported Minor A and Donnelly separately to the police station. Upon arrival, Officer Harper read Donnelly his Miranda rights aloud, and Donnelly consented to a video-recorded interview.

15. Donnelly stated that he met Minor A approximately five months prior in an online chatroom. Eventually they both expressed a desire to meet and planned for him to drive to Indiana from Pennsylvania the weekend of July 4th (2015). Donnelly stated that he arrived in Indiana on July 3rd and took Minor A to eat, unbeknownst to her parents. Donnelly stated that he tried to get Minor A to introduce him to her parents on several occasions, but she refused. Donnelly stated that Minor A told him that she would sneak out to meet him, and she always had him pick her up around the corner from her house. Donnelly stated that he knew Minor A was only fourteen, but he maintained they were just friends. Donnelly stated that he believed Minor A wanted to be more than friends, but that he "knew better."

16. Donnelly stated that he does not have any communications with Minor A stored on his phone that would illustrate the nature of their relationship because he deletes them. Donnelly admitted that the situation looked bad. Donnelly stated that AT&T accidentally sent him two iPhones and he voluntarily turned over both to officers.

17. Donnelly signed a consent to search form for the phones. He provided his phone number (717-\*\*\*-7354), but stated that most of the conversations that he had with Minor A took place via online chat and Skype. Donnelly made several incriminating statements, including the following:

    a. "Talking to an underage girl that could easily get you in trouble if people think the wrong thing is happening."

    b. "I admit this doesn't look good."

    c. "I thought the age of consent was 14, not 16."

18. Donnelly stated that he was scared to death and that he wanted to cooperate because he didn't think he did anything wrong.

19. Lt. Detective White arrived at the police station and again reviewed Miranda rights with Donnelly. Donnelly signed the waiver of rights form and confirmed that he could stop the interview at any time he wanted. This interview was also video-recorded.

20. Donnelly stated that he and Minor A met on the online gaming website "Steam" around February or March of 2015 and "just hit it off." Donnelly stated that they talked to each other every day. Donnelly stated that at some point he purchased a video gaming system for Minor A and one of her male friends became jealous. This started an argument between the two and Minor A's father saw her crying shortly after the fight. At that time, Minor A told her father about Donnelly and his age. Minor A's father became upset and told Minor A to cease communication with Donnelly.

21.     Donnelly and Minor A continued to chat and decided to meet during July 4th weekend. Donnelly stated that he drove to Indiana from Pennsylvania on July 4, 2015, and picked Minor A up several times during the day to eat and drive around. Donnelly stated he met Minor A again in the evening at the Lions Club Park for fireworks, but that Minor A left with her mother. Minor A then met up with Donnelly later that night and they went to Turkeyfoot Park and fell asleep. Donnelly stated that he eventually dropped Minor A off at home around 6:30am the next morning, but picked her up again later that afternoon for lunch. After lunch, Donnelly dropped Minor A off again and drove home to Pennsylvania.

22.     Donnelly stated that he drove down from Pennsylvania to see Minor A a second time on July 9, 2015. Donnelly stated that the drive is about 600 miles. He arrived and again picked up Minor A around the corner from her house. They went to Taco Bell and Walmart before they returned to Turkeyfoot Park and were discovered by police. Donnelly then asked White, "is it stupid to ask if I can see her again?"

    a. Donnelly also made the following additional statements:

    b. "She's 14."

    c. "I'm not dumb, shouldn't be hanging out with a fourteen-year-old."

    d. "What happens if I tell the truth and I really am sorry about things that may have happened?"

23. Eventually, Donnelly started to cry profusely and stated, "I'm going to jail for a long time, I've fucked up bad." Donnelly then asked for a lawyer and the interview was terminated.

24. Minor A was taken to the Boone County Child Advocacy Center on July 10, 2015, and interviewed by a forensic interviewer. Minor A stated that Donnelly came to see her for the first time on July 4th weekend and the second time on July 9th. Minor stated that her mother did not know that she was with Donnelly on either occasion, and that she and Donnelly spent the night during both visits at Turkeyfoot Park in the Southern District of Indiana.

25. Minor A stated that Donnelly had engaged in sexual intercourse with her three times. Minor A stated that during the weekend of July 4th, Donnelly penetrated her vagina with his fingers and his penis in Turkeyfoot Park. Minor A stated that just prior to police discovering them on July 10, 2015, they again engaged in sexual intercourse and Donnelly digitally penetrated her vagina with his fingers. Minor A stated that they used condoms and Donnelly told her that a pill she found in his trunk was Plan B emergency contraception. Minor A also stated that Donnelly had sent her pictures of his penis over the phone. Minor A (and her mother) signed consent forms for the seizure and search of Minor A's smartphone. Minor A also consented to a search of her laptop computer and turned it over to police.

26. Indianapolis Metropolitan Police Department Computer and Digital Forensics Unit Detective Grant Melton examined the electronic devices collected from Minor A and Donnelly in this case. These items include

Donnelly's GPS unit, iPhone 6plus-1, and iPhone 6plus-2; and Minor A's iPhone 5c and laptop computer.

27. Melton reviewed location history from Donnelly's GPS unit for the relevant dates of July 2-6, 2015 and July 9-10, 2015 and found the following:

    a. A trip began in Ephrata, Pennsylvania July 2, 2015 at 3:37pm and ended July 3, 2015 at 1:29am in Zionsville, Indiana;

    b. A trip began in Zionsville, Indiana July 5, 2015 at 8:50pm and ended July 6, 2015 at 3:58am in Ephrata, Pennsylvania; and

    c. A trip that began in Berlin, Pennsylvania July 9, 2015 at 3:53pm and ended at 9:16pm in Zionsville, Indiana.

28. Melton reviewed Donnelly's iPhone 6plus-1 and recovered a call log that established a history of incoming and outgoing cellular phone calls, calls made through the Apple communication application "Facetime," and calls made through the "Skype" online chat application, between Minor A and Donnelly. The calls occurred from March 16, 2015 through July 9, 2015. Melton also recovered iMessage chats between the Donnelly's 717-***-7354 phone number and Minor A's email address that was identified during through a forensic exam of her iPhone discussed further below.

29. During one of these chats that occurred on June 14, 2015 at 11:28:01am, Donnelly refers to Minor A by her first name. On June 15, 2015

at 8:13:59pm, Donnelly sends the message: "Ok baby :3[2] last night for a while. Can't wait to see you tbh[3]. I'm excited and scared >.<[4] but ugh so much. I'm happy you're not gone after today. I love you so much". Minor A responds at 8:14:25pm, "i love you too ox[5]".

30. There were also eight recovered images that appear to have been taken during a Skype video chat between Donnelly and Minor A. Donnelly is clearly visible in some of the images as a participant in the chat. A sample of the images follows:

    a. *ace14.jpg (created 07/02/2015 at 11:55:35pm) - Minor A's face is cut off, but her chin and hair are visible. She is lying on her bed and her bedspread is also visible. Minor A is wearing a black graphic t-shirt, and she is nude from the waist down. Her legs are spread and she is digitally penetrating herself. Minor A is wearing two black bracelets and one green bracelet on her right wrist. Donnelly's face appears in the bottom right corner of the image. He is looking directly into the camera.

    b. *383fd.jpg (created 07/02/2015 at 11:56:29pm) - This image is taken less than sixty seconds after the previously described image. It is taken from the same viewpoint on the same bed. Minor A's face is again cut off, but she is wearing

---

[2] This is a comment texting symbol for a heart.
[3] This is (common text shorthand for the phrase "too be honest").
[4] This is a comment texting symbol for a worried or anxious face.
[5] This is a common English abbreviation for hugs and kisses.

the same shirt and bracelets as in the previously described image. Minor A is again lying on her back with her legs spread, and she is manipulating her pubic area so that her vagina is the focal point of the depiction. Donnelly's is smiling into the camera in the bottom right corner.

c. *5eace.jpg (the image within the screen shot was created 07/02/2015 at 11:58:26pm) - The image is a screen shot from Donnelly's cell phone with a date/time stamp at the top of June 11, 2015 at 4:39pm. Minor A is depicted lying nude on her bed and her face is clearly visible. She is wearing the same green and black bracelets from the images that were created less than two minutes prior. Minor A's eyes are closed, but she is covering her nipples with one hand and her vaginal area with the other hand. Minor A appears to be posing in a sexually suggestive manner. Donnelly's face is not visible in this image.

31. In addition to the images of Minor A found on Donnelly's iPhone 6plus-1, Melton also recovered several images and one video of child pornography that depicted other minors, including prepubescent girls and boys. All of these images were uploaded to the Kik application on Donnelly's iPhone prior to his travel to Indiana in July of 2015. A sample of the images follow:

a. *8730a.jpg (created 06/25/2015 at 3:04:01pm) – The image depicts an undeveloped, prepubescent female dressed in bra top, feather headpiece and fishnet thigh-hi pantyhose. She is posed with her legs spread and smiling at the camera. The girl is also sitting atop a male of undeterminable age and his penis is penetrating her anus.

b. *c060c.jpg (created 06/25/2015 at 3:04:04pm) - The image depicts a prepubescent female posed very similar to some of the images of Minor A found on Donnelly's phone. This girl is blond like Minor A and is also lying on a bed wearing a shirt but nude from the waist down. Her legs are spread and there is a pink, artificial penis inserted into her vagina.

c. *10di.jpg (created 06/25/2015 at 3:04:45pm) – The image depicts a nude prepubescent boy on his hands and knees and facing the direction of the camera. His head is between another boy's legs with the other boy's penis in his mouth. The boy performing the oral copulation also appears to have his finger inserted into the other boy's anus. The other boy's face and upper body cannot be seen.

32. Melton also recovered from the Kik application on Donnelly's iPhone 6plus-1 chats with other individuals that include the trading of child pornography. Donnelly used the Kik user id "sean.donnelly.1993" and discussed his desire for videos containing child pornography in a conversation

with an unidentified user that occurs on June 3, 2015. At 3:42:52pm Donnelly asks, "Do you have any sex"? Donnelly continues at 3:45:49 and states, "I wish you had younger sex like that." At 3:46:38 Donnelly clarifies, "Like 8 to 12". Donnelly receives a video from the other Kik user of a young minor girl performing oral sex on a male of undeterminable age at 3:47:21pm. Donnelly replies at 3:49:01pm, "That's nice. So no sex that young or fingering"? Using the same "sean.donnelly.1993" user id, Donnelly also engages in a Kik chat with a user with the id "Swirlxes". On June 18, 2015 at 3:44:03am, this individual states to Donnelly, "Ya but I'm 13. I'm a little boy." Donnelly continues to communicate with this individual in an effort to receive nude pictures from him. An excerpt of the conversation follows (Donnelly's sent messages are underlined):

> 5:18:42am - Im not scared to get naked lol just to show others
>
> <u>Yeah, I know. Sorry. But its ok.</u>
>
> <u>You can trust me. You know that.</u>
>
> Even if I can, I still don't know if I should
>
> <u>Well I want it. A lot. And I won't use it against you so Yeah. You should</u>
>
> I dunno
>
> <u>I'll delet it right away I promise. Please</u>
>
> Maybe
>
> Possibly
>
> I dunno

<u>Just one pic.  Let me get you sorta hard.  Ok</u>

<u>Can I stroke your penis</u>

Um >.<

<u>Can I</u>

I dunno. No one touched it before

<u>I wanna put my mouth around it</u>

lvbdsyhv stop[6]

<u>I think I'll suck it</u>

Stoooop

<u>Suck on your little balls</u>

5:28:44am - >.<

5:29:56am – <u>Then I'm gonna stick my throbbing cock inside of you</u>

Wont that hurt?

<u>A little, but you'll like my cock</u>

<u>I'm so hard please let me see</u>

A little? I'm so tiny compared to you, Literally like.

<u>What. Your penis?</u>

No.me

<u>I'll use lots of love</u>

<u>Lube</u>

<u>Love and lube</u>

But you don't love me

---

[6] This is texting shorthand for laughing but seriously, you have to stop.

>     You're just sexually attracted to me
>
> 5:35:37am - <u>I love you a little.</u>

33.     Melton reviewed Donnelly's iPhone 6plus-2 and recovered several images of Minor A taken on July 9, 2015. These images are not child pornography and consist mainly of close up facial images. One of the Apple ID's associated with this phone is "cowsaregreen18@gmail.com".

34.     Melton reviewed Minor A's iPhone 5c and recovered the Apple ID associated with the phone. This ID matches the email address from the iMessage chats recovered from Donnelly's iPhone and discussed above in paragraph 17. Minor A's phone contained a call log with incoming and outgoing calls between Minor A and Donnelly's phone number from March 18, 2015 through July 9, 2015. Donnelly was identified in Minor A's phone contact log as "Sean" with the phone number 717-***-7354.

35.     Melton reviewed Minor A's laptop computer and recovered Skype chats between Donnelly using the email address "cowsaregreen18@gmail.com" and Minor A. The laptop also contained backup files of call logs and Kik chat threads between Minor A and Kik user "seanalexdonnelly1993", stored in Minor A's Kik contacts as "Sean", and Kik user "sean.donnelly.1993", stored as "Sean Donnelly" with email address "cowsaregreen18@gmail.com". These threads include chat messages sent by Minor A to Donnelly, including one of their first interactions. On March 15, 2015 at 11:03:07pm, Minor A asks, "what's your name?" Donnelly's response was not recovered; however, at

11:05:09pm, Minor A states, "That's a cute name. I'm [Minor A], obviously." Minor A also states, "I'm 15" in the same conversation at 11:07:25pm and the conversation continues.

36. Based upon the foregoing, the affiant requests this Court to issue an Arrest Warrant and Criminal Complaint charging Sean Alexander Donnelly with one (1) count of Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); two (2) counts of Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b); one (1) count of Transportation of Child Pornography, 18 U.S.C. § 2252(a)(1); and one (1) count of Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B).

*Ryan Bradly Barrett*
Ryan Barrett, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 22nd day of January 2016.

*[signature]*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana