UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Cause No. 1:16-CR
)
SEAN A. DONNELLY, )
) **1:16-cr-0116 TWP-MJD**
    Defendant. )

## INFORMATION

The United States Attorney charges that:

### General Allegations for All Counts

At times material to these charges:

1.    The Defendant, Sean A. Donnelly (hereinafter "Donnelly"), was a 22-year-old resident of Pennsylvania.

### Donnelly's Communications with Minors

2.    Donnelly repeatedly communicated with minors about illicit sexual conduct and the production of child pornography using the following means:

    a.    The Apple communication application "Facetime";

    b.    The web-based chat application "Skype"; and

    c.    The mobile-based chat application "Kik".

3.    These communications included the sending and receiving of text messages; sessions of video-chatting between Donnelly and the minors; the

1

exchange of sexually explicit and nude videos or images of Donnelly or the minors; and voice calls between Donnelly and the minors.

4. Donnelly would discuss with the minors his desire to obtain from them images, videos or live transmissions of these minors engaging in sexually explicit conduct. In some cases, Donnelly would also discuss meeting with the minors under the age of 16 years in-person to engage in sexual activity.

5. Donnelly sent the minors images of his genitals or pubic area on multiple occasions. He did this even though he knew that these minors were then under the age of 16 years.

6. Donnelly's communications with minors were internet and cellular telephone based, and used facilities of interstate or foreign commerce and were in or affecting interstate or foreign commerce.

## Victims

7. The pseudonym "Indiana Victim" represents a 14-year-old minor girl, who lived in the Southern District of Indiana.

8. The pseudonym "California Victim" represents a 14 year-old minor girl, who lived in California.

9. The pseudonym "Kentucky Victim" represents a 15-year-old minor girl, who lived in Kentucky.

10. The pseudonym "Georgia Victim" represents a 13-year-old minor girl, who lived in Georgia.

11. The pseudonym "Iowa Victim" represents a 13-year-old minor boy, who lived in Iowa.

### Definitions

12. The term "illicit sexual conduct" was defined to include knowingly engaging in a sexual act with another person who has attained the age of 12 years but has not attained the age of 16 years; and is at least four years younger than the person so engaging. 18 U.S.C. § 2423(f)(1). This term also includes the production of child pornography as defined in 18 U.S.C. § 2256(8). 18 U.S.C. § 2423(f)(3).

13. The term "minor" was defined as a person under the age of 18 years. 18 U.S.C. § 2256(1).

14. The term "sexual act" was defined to include (A) contact between the penis and the vulva, and for purposes of this definition contact involving the penis occurs upon penetration, however, slight; (B) contact between the mouth and the penis or the mouth and the vulva; (C) the penetration, however slight, of the genital opening of another by a hand or finger or by any object, with an intent to arouse or gratify the sexual desire of any person; or (D) the intentional touching, not through the clothing, of the genitalia of another person who has not attained the age of 16 years with an intent to arouse or gratify the sexual desire of any person. 18 U.S.C. § 2246(2).

15. The term "sexually explicit conduct" was defined to include actual or simulated (a) sexual intercourse, including genital-genital and oral-genital,

3

whether between persons of the same or opposite sex; (b) masturbation; or (c) lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256(2)(A).

16. The term "visual depiction" was defined as to include undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

### Activity Relating to Indiana Victim

17. In or about March of 2015, Donnelly and the Indiana Victim met through an online video-gaming website. Donnelly then began regularly communicating with her until in or about July of 2015. He did this through cellular phone calls and video-chats through Facetime or Skype. Their communications eventually culminated in a meeting in-person during the weekend of July 4, 2015.

18. Before July 4, 2015, the Indiana Victim told Donnelly that she was only 14 years old. Nevertheless, Donnelly then traveled from Pennsylvania to meet her in-person for the purpose of engaging in illicit sexual conduct with her in the Southern District of Indiana.

19. During these communications, Donnelly knowingly persuaded, induced, enticed, and coerced the Indiana Victim to engage in sexual activity for which he could be charged with a criminal offense. He did this in two ways:

4

20. First, he persuaded, induced, enticed, and coerced the Indiana Victim to engage in sexually explicit conduct in the Southern District of Indiana so that he could receive live visual depictions of her engaging in sexually explicit conduct, which were then actually transmitted to him using a facility of interstate or foreign commerce.

21. On or about July 2, 2015, Donnelly captured and saved screenshots of the live transmissions of visual depictions of the Indiana Victim on his cellular phone, including two depictions of her engaging in sexually explicit conduct named **\*ace14.jpg** and **\*5eace.jpg**.

22. Secondly, during two different trips from Pennsylvania to the Southern District of Indiana, Donnelly persuaded, induced, enticed, and coerced the Indiana Victim to meet him and engage in illicit sexual conduct in his vehicle.

### Activity Relating to Other Victims

23. Between in or about April 2015 and in or about July 2015, Donnelly communicated with several minors in addition to the Indiana Victim, including the California Victim, the Kentucky Victim, the Georgia Victim, and the Iowa Victim. He did this in order to employ, use, persuade, induce, entice, and coerce each of them to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct.

24. In doing so, Donnelly knew that such visual depictions would be transported or transmitted to him using online communication applications, which were means or facilities of interstate or foreign commerce.

25. When Donnelly was successful in these efforts, and obtained visual depictions of several minors engaged in sexually explicit conduct, he would sometimes store them within an application in his cellular phone, which he later transported to the Southern District of Indiana.

26. **California Victim**: Donnelly communicated with the 14-year-old California Victim via Kik and asked her for sexually explicit images on several occasions. She made Donnelly aware of her age and sent him images of her face on more than one occasion during their messaging.

27. On or about April 30, 2015, Donnelly used, persuaded, induced, enticed, and coerced the California Victim to send Donnelly a sexually explicit image of her genitals or public area, and her breasts.

28. The California Victim sent Donnelly one close-up image of her nude genitals, entitled **\*b6e0c0.jpg**. Donnelly responded by sending the California Victim a close-up image of his erect penis. The California Victim then sent Donnelly one image of her bare breasts, entitled **\*0850bcaa.jpg**

29. **Kentucky Victim**: Donnelly communicated with the 13-year-old Kentucky Victim through Kik and asked her for sexually explicit images. The Kentucky Victim made Donnelly aware of her age and sent him images of her face on more than one occasion.

6

30. On or about April 24, 2015, Donnelly, used, persuaded, induced, enticed, and coerced the Kentucky Victim to send Donnelly two sexually explicit images of the Kentucky Victim's genitals or pubic area.

31. In response to these images, Donnelly sent the Kentucky Victim the message: "Let me see that pussy again baby." The Kentucky Victim then responded by sending two additional images of her legs spread and her nude genitals or pubic area clearly visible, including the image entitled **\*e7492.jpg.**

32. **Georgia Victim**: Donnelly communicated with the 13-year-old George Victim via Kik and asked her for sexually explicit images on several occasions. She made Donnelly aware of her age and sent him images of her face on more than one occasion during their messaging.

33. The Georgia Victim attempted on several occasions to lessen communication with Donnelly, but he responded with threats. An excerpt of their conversation that took place on April 18, 2015 appears below:

| | |
|---|---|
| Georgia Victim: | I'm tired of you threatening me |
| Donnelly: | You can't. No matter what you do |
| Georgia Victim: | just because I don't respond all the you have to threaten me to talk (sic) |
| Donnelly: | Then keep your word [Georgia Victim]. Then I won't threaten you |

\* \* \*

| | |
|---|---|
| Donnelly: | I would leave but if you let it slip about anything we have done we are both in so much trouble. I can't let that happen. I regret ever being more than friends. And in so sorry but we messed up. (sic) I need to make sure it never leaves us. |

\* \* \*

| | |
|---|---|
| Georgia Victim: | BUT YOU THREATEN ME. I DON'T WANT TO TALK TO YOU CAUSE IM FUCKING SCARED OF YOU. |
| Donnelly: | I threaten when you don't talk<br>Not when you do<br>So keep talking to me and I'll never threaten you |
| Georgia Victim: | so I have to talk cause I'm fucking scared |
| Donnelly: | No. If you talk you have nothing to be scared of I don't want to hurt you. You're so amazing to me. |
| Georgia Victim: | you make me cry cause I'm so scared. |

34. On or about May 12, 2015, Donnelly attempted to use, persuade, induce, entice, and coerce the Georgia Victim to send Donnelly a sexually explicit image of her genitals or pubic area. An excerpt of that conversation appears below:

| | |
|---|---|
| Donnelly: | Hey. What's up |
| Georgia Victim: | I was shaving sorry |

8

| | |
|---|---|
| Donnelly: | Let me see |
| | Who shaves after school ;-; |
| Georgia Victim: | me I do |
| Donnelly: | .-. Ok. Let me see baby |
| Georgia Victim: | I shaved my legs.  not that.  I'm too lazy for that. |
| Donnelly: | Then show me. You know I like it hairy |
| Georgia Victim: | come here and fuck me |
| Donnelly: | After you show me baby |
| | I'll give it to you so hard |
| Georgia Victim: | YES PLEASE |
| Donnelly: | Show me please.  I need your pussy so bad |
| Georgia Victim: | nuuuuu I'm gross |
| Donnelly: | Show me xX |

35.  Donnelly was successful and the Georgia Victim sent him sexually explicit images of her.  On or about June 17, 2015, Donnelly threatened the Georgia Victim with these images:

| | |
|---|---|
| Donnelly: | And you won't make a new account because you promised me you'd    keep me. >.< |
| | unfortunately I still have your 2 pics |
| | I'll help you get one eventually |
| Georgia Victim: | I'll just fucking kill myself then thanks |
| Donnelly: | What's wrong with you |

9

| Georgia Victim: | YOURE GONNA FUCKING BLACK MAIL ME WITH PICTURES I FUCKING TRUSTED YOU WITH JUST SO ILL STAY YOUR FRIEND ON XBOX |
| --- | --- |
| | THE FUCK IS WRONG WITH YOU |

36. **Iowa Victim:** Donnelly communicated with the 13-year-old Iowa Victim via Kik and asked him for sexually explicit images on several occasions. The Iowa Victim made Donnelly aware of his age and sent Donnelly a screen shot of the Iowa Victim's Facebook profile picture. This picture is an image of the Iowa Victim's face.

37. On or about June 18, 2015, Donnelly attempted to use, persuade, induce, entice, and coerce the Iowa Victim to send Donnelly a sexually explicit image of his genitals or pubic area. An excerpt of that conversation appears below:

| Iowa Victim: | Im not scared to get naked lol just to show others |
| --- | --- |
| Donnelly: | Yeah, I know. Sorry. But its ok. |
| | You can trust me. You know that. |
| Iowa Victim: | Even if I can, I still don't know if I should |
| Donnelly: | Well I want it. A lot. And I won't use it against you so Yeah. You should |
| Iowa Victim: | I dunno |
| Donnelly: | I'll delet it right away I promise. Please |

10

Iowa Victim:        Maybe

Possibly

I dunno

Donnelly:   Just one pic. Let me get you sorta hard. Ok

38.     Donnelly also had several images of other, unidentified minors engaged in sexually explicit conduct stored in his phone, including some prepubescent minors.   These images included the following:

a.     **8730a.jpg**, which was created June 25, 2015 at 3:04:01pm; and

b.     **10di.jpg**, which was created June 25, 2015 at 3:04:45pm.

## COUNT 1

**Travel to Engage in Illicit Sexual Conduct with a Minor
18 U.S.C. §§ 2423(b)
July 4, 2015**

39.     On or about July 4, 2015, Donnelly drove from Pennsylvania to the Southern District of Indiana and met with the Indiana Victim several times that day and evening.   On the night of July 4, 2015, Donnelly picked up her and drove her to a public park.   Once there, Donnelly penetrated her vulva with his penis and hand.   After these sexual acts, Donnelly drove her home during the early morning hours of July 5, 2015.   He then went back to Pennsylvania.

40.     Between on or about July 3, 2015 through on or about July 5, 2015, Donnelly traveled in interstate commerce from Pennsylvania to the Southern

District of Indiana for the purpose of engaging in illicit sexual conduct with the then 14-year-old Indiana Victim.

All of which is a violation of 18 U.S.C. § 2423(b).

## COUNT 2

### Travel to Engage in Illicit Sexual Conduct with a Minor
### 18 U.S.C. §§ 2423(b)
### July 9, 2015

41. On or about July 9, 2015, Donnelly drove from Pennsylvania to the Southern District of Indiana and met with the Indiana Victim.

42. Between the evening of July 9, 2015 and the early morning hours of July 10, 2015, Donnelly picked up the Indiana Victim and drove her to a public park. Once there, Donnelly engaged in various sexual acts with her, including penetrating her vulva with his penis.

43. Between on or about July 9, 2015 through on or about July 10, 2015, Donnelly traveled in interstate commerce from Pennsylvania to the Southern District of Indiana for the purpose of engaging in illicit sexual conduct with the then 14-year-old Indiana Victim.

All of which is a violation of 18 U.S.C. § 2423(b).

## COUNT 3

### Coercion and Enticement
### 18 U.S.C. § 2422(b)
### March 15, 2015 to July 10, 2015

44. Between on or about March 15, 2015 through on or about July 10, 2015, Donnelly used a facility or means of interstate or foreign commerce to

knowingly persuade, induce, entice, and coerce, the Indiana Victim, an individual who has not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically sexual exploitation of children pursuant to 18 U.S.C. § 2251(a).

All of which is a violation of 18 U.S.C. § 2422(b).

## COUNT 4

**Possession of Material Involving the Sexual Exploitation of Children
18 U.S.C. § 2252(a)(4)(B)
March 15, 2015 to July 10, 2015**

45. Between on or about March 15, 2015 and on or about July 10, 2015, Donnelly did knowingly possess 1 or more matters which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, and the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

All of which is a violation of 18 U.S.C. § 2252(a)(4)(B).

_____
JOSH J. MINKLER
United States Attorney

STATE OF INDIANA    )
                                ) SS:
COUNTY OF MARION  )

Steven D. DeBrota, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

*[signature]*

Steven D. DeBrota
Senior Litigation Counsel

Subscribed and sworn to before me, a notary public, on this 24th day of May, 2016.

*[signature]*

Carrie Griffin
Notary Public

My Commission Expires: 1/21/2024
My County of Residence: Hancock